■ In the Matter of PROGRESSIVE INSURANCE COMPANY, Respondent, to Stay Enforcement of Judgment in TINA M. RIENZO, Respondent-Appellant, v CHERRIE M. BOYCE, Respondent. (Action No. 1.) PROGRESSIVE INSURANCE COMPANY, Respondent, v CHERRIE M. BOYCE et al., Defendants, and TINA M. RIENZO, Appellant. (Action No. 2.) TINA M. RIENZO, Appellant, v PROGRESSIVE INSURANCE COMPANY, Respondent. (Action No. 3.) [749 NYS2d 205] —Appeal from an order of Supreme Court, Oneida

County (Shaheen, J.), entered September 5, 2001, which, inter alia, granted the motion of Progressive Insurance Company for summary judgment in action No. 3.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court, Oneida County, Shaheen, J. Present—Pine, J.P., Wisner, Hurlbutt, Kehoe and Burns, JJ.